Thomas M. McInerney State Bar No. 162055
tmm@ogletreedeakins.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
Steuart Tower, Suite 1300
One Market Plaza
San Francisco, CA  94105
Telephone:    415.442.4810
Facsimile:    415.442.4870

Attorneys for Defendant
CONVERGYS CORPORATION

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON J. CORDOVA,<br><br>               Plaintiff,<br><br>        v.<br><br>CONVERGYS CORPORATION,<br><br>               Defendant. | Case No. C 11-00333 RS<br><br>**STIPULATION AND [PROPOSED]  ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br>AS MODIFIED BY THE COURT |

WHEREAS defendant Convergys Corporation has filed a Motion to Dismiss under Rule 12(b)(6) of the Federal Rules of Civil Procedure, which is noticed to be heard by the Court on May 5, 2011, at 1:30 p.m.;

WHEREAS the parties have scheduled a Case Management Conference for May 12, 2011, at 10 a.m., which requires the submission of a joint Case Management Statement by May 5, at which time they will likely not know the outcome of Convergys' Motion to Dismiss;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiff Jon J. Cordova and defendant Convergys Corporation, by and through their respective counsel, that they jointly request that the Case Management Conference be continued to a date three weeks later, to June 2, 2011, at 10 a.m., or at any later date convenient to the Court.

IT IS SO STIPULATED.

Dated: April 11, 2011        /s/    *Guy Kornblum*
                                    Guy Kornblum
                                    GUY KORNBLUM & ASSOCIATES
                                    Counsel for plaintiff Jon J. Cordova

Dated: April 11, 2011        /s/    *Thomas M. McInerney*
                                    Thomas M. McInerney
                                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
                                    Counsel for defendant Convergys Corporation

### [PROPOSED] ORDER

IT IS HEREBY ORDERED that the Case Management Conference in this case be continued until   June 9  , 2011, at 10 a.m.  The parties' joint Case Management Conference Statement should be filed one week prior to the conference, and the parties' Rule 26(f) conference shall be conducted on or prior to that date.

Dated: 4/12/11

                                    The Honorable Richard Seeborg
                                    U.S. District Court for the Northern District
                                    Of California

10122098_1.DOC

1                              Case No. C 11-00333 RS
STIPULATION AND [PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE