1  Thomas M. McInerney State Bar No. 162055
   tmm@ogletreedeakins.com
2  OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
   Steuart Tower, Suite 1300
3  One Market Plaza
   San Francisco, CA  94105
4  Telephone:   415.442.4810
   Facsimile:    415.442.4870
5
   Attorneys for Defendant
6  CONVERGYS CORPORATION

7

8  **UNITED STATES DISTRICT COURT**

9  **NORTHERN DISTRICT OF CALIFORNIA**

10

11 JON J. CORDOVA,                          Case No. C 11-00333 RS

12         Plaintiff,                      **STIPULATION AND [~~PROPOSED~~]
                                           ORDER FOR A HOLD ON CASE-
13      v.                                 RELATED DATES AND FOR A INITIAL
                                           CASE MANAGEMENT CONFERENCE**
14 CONVERGYS CORPORATION,

15         Defendant.

16

17

18

19

20

21

22

23

24

25

26

27

28

10322758_2.DOC

Case No. C 11-00333 RS
STIPULATION AND [~~PROPOSED~~] ORDER FOR A HOLD ON CASE-RELATED DATES
AND FOR A INITIAL CASE MANAGEMENT CONFERENCE

WHEREAS the Court has scheduled a June 9, 2011 Initial Case Management Conference, which requires the preparation and filing of a Joint Case Management Statement by June 2, 2011;

WHEREAS the parties have other upcoming case-related dates, including for answering the First Amended Complaint, filing of a Second Amended Complaint, and Initial Disclosures;

WHEREAS the parties have had informal settlement disclosures, and would like to continue these discussions without having to incur further litigation-related expenses related to these upcoming court and case-related dates;

THEREFORE, IT IS HEREBY STIPULATED AND AGREED by plaintiff Jon J. Cordova and defendant Convergys Corporation, by and through their respective counsel, that they hereby jointly request that the Court impose a 30-day hold on this case, during which the parties will not be required to file with the Court or serve on each other any case-related documents which would otherwise be required without this hold.  The 30-day hold will run from May 26, 2011 through June 26, 2011.  Cordova will have until July 7, 2011 to file (a) his amended fraud claims in a Second Amended Complaint, (b) a stipulation authorizing the filing of an amended complaint alleging additional claims with a Second Amended Complaint, or (c) a motion requesting leave to file a Second Amended Complaint alleging additional claims, if any. Convergys shall have until two weeks after the filing of an amended complaint to file a responsive pleading, or until July 21, whichever is later.

The Court shall schedule an Initial Case Management Conference on a date convenient with its calendar on July 21, 2011, or other date available to the Court, assuming the case has not settled and a Request for Dismissal is not submitted to the Court prior to said date.  The parties shall submit a Case Management Statement one week prior to the Case Management Conference. The parties shall also mutually agree on a date after June 26 for service of Initial Disclosures,

10322758_2.DOC

1   Case No. C 11-00333 RS
STIPULATION AND [~~PROPOSED~~] ORDER FOR A HOLD ON CASE-RELATED DATES AND FOR A INITIAL CASE MANAGEMENT CONFERENCE

assuming the case is not resolved in the interim.

IT IS SO STIPULATED.

Dated: May 26, 2011            /s/    *Guy Kornblum*
                                      Guy Kornblum
                                      GUY KORNBLUM & ASSOCIATES
                                      Counsel for plaintiff Jon J. Cordova

Dated: May 26, 2011            /s/    *Thomas M. McInerney*
                                      Thomas M. McInerney
                                      OGLETREE, DEAKINS, NASH, SMOAK &
                                      STEWART, P.C.
                                      Counsel for defendant Convergys Corporation

## [~~PROPOSED~~] ORDER

Based on the request and stipulation of the parties, and for good cause showing, the Court hereby orders that 30-day day hold on litigation outlined in the parties' stipulation while the parties pursue settlement discussions. The Court further orders that a Case Management Conference will be held on  July 28 , 2011, at 10 a.m. The parties are to file a joint Case Management Statement one week prior. Cordova shall have until July 7, 2011 to file (a) his amended fraud claims in a Second Amended Complaint consistent with the Court's May 9, 2011 order, (b) a stipulation authorizing the filing of an amended complaint alleging additional claims with a Second Amended Complaint, or (c) a motion requesting leave to file a Second Amended Complaint alleging additional claims, if any. Convergys shall have until two weeks after the filing of an amended complaint to file a responsive pleading, or until July 21, whichever is later.

IT IS SO ORDERED.

Dated:  5/26/11                                 _____
                                                The Honorable Richard Seeborg
                                                United States District Court for the
                                                Northern District of California