1  GUY O. KORNBLUM [SBN 39974]
   GUY KORNBLUM & ASSOCIATES
2  1388 Sutter Street, Suite 820
   San Francisco, California 94109
3  Telephone: (415) 440-7800
   Facsimile: (415) 440-7898
4  gkornblum@kornblumlaw.com

5

6  PHILLIP A. JARET, ESQ. [SBN 092212]
   ROBERT S. JARET, ESQ. [SBN 124876]
7  JARET & JARET
   1016 Lincoln Avenue
8  San Rafael, California 94901
   Telephone: (415) 455-1010
9  Facsimile: (415) 455-1050
   jaretlaw@comcast.net

10

11
   Attorneys for Plaintiff
12 JON J. CORDOVA

13                 UNITED STATES DISTRICT COURT

14                 NORTHERN DISTRICT OF CALIFORNIA

15

16 JON J. CORDOVA, an individual,        ) Case No. CV11-0333 RS
                                         )
17         Plaintiff,                    )
                                         ) **STIPULATION AND [PROPOSED] ORDER**
18    v.                                 ) **RE: PLAINTIFF'S SECOND AMENDED**
                                         ) **COMPLAINT**
19 CONVERGYS CORPORATION, a Corporation, )
                                         )
20         Defendant.                    )
                                         )
21                                       )
                                         )
22                                       )
                                         )
23                                       )
                                         )
24                                       )
                                         )
25                                       )
                                         )
26 _____)

27

28

Stipulation Re: the Filing of Second Amended Complaint - CV11-0333 RS

IT IS HEREBY STIPULATED by and between Plaintiff JON CORDOVA ("Plaintiff") and Defendant CONVERGYS CORPORATION ("Defendant"), by and through their respective counsel, as follows:

1. Plaintiffs may file a Second Amended Complaint in the form of **EXHIBIT 1** hereto without a motion and upon the Court's Order based on this Stipulation;

2. By agreeing to the filing of the Second Amended Complaint without the necessity of a Motion for Leave to Amend, Defendant is: a) not waiving any right to file a responsive pleading in any form, including a Motion to Dismiss or Strike; and b) not admitting any fact or contention set forth in said Second Amended Complaint;

3. Defendant shall have 21 days from the date of the filing of Plaintiff's Second Amended Complaint to file and serve its responsive pleading thereto.

**IT IS SO STIPULATED.**

DATED: July 18, 2011                    GUY KORNBLUM & ASSOCIATES


                                        By  s/Walter G. Crump____
                                            WALTER G. CRUMP
                                            Attorneys for Plaintiff


DATED: July 18, 2011                    OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.


                                        By s/ Thomas M. McInerney____
                                            THOMAS M. McINERNEY
                                            Attorney for Defendant


### ORDER

PURSUANT TO THE PARTIES' STIPULATION SET FORTH ABOVE AND GOOD CAUSE BEING SHOWN THEREFORE, IT IS HEREBY ORDERED THAT Plaintiff may forthwith file his

Stipulation Re: the Filing of Second Amended Complaint - CV11-0333 RS

1

1  Second Amended Complaint in the form of **EXHIBIT 1** hereto, and that the other terms of the above
2  stipulation are incorporated into this order.

**IT IS SO ORDERED.**

Dated:  7/19/11

_____
HON. RICHARD SEEBORG
UNITED STATES DISTRICT COURT JUDGE
NORTHERN DISTRICT OF CALIFORNIA