1  GUY O. KORNBLUM [SBN 39974]
   GUY KORNBLUM & ASSOCIATES
2  1388 Sutter Street, Suite 820
   San Francisco, California 94109
3  Telephone: (415) 440-7800
   Facsimile: (415) 440-7898
4  gkornblum@kornblumlaw.com

5

6  PHILLIP A. JARET, ESQ. [SBN 092212]
   ROBERT S. JARET, ESQ. [SBN 124876]
7  JARET & JARET
   1016 Lincoln Avenue
8  San Rafael, California 94901
   Telephone: (415) 455-1010
9  Facsimile: (415) 455-1050
   jaretlaw@comcast.net

10

11 Attorneys for Plaintiff
   JON J. CORDOVA

12

13                     UNITED STATES DISTRICT COURT

14                    NORTHERN DISTRICT OF CALIFORNIA

15

16 JON J. CORDOVA, an individual,          ) Case No. CV11-0333 RS
                                           )
17           Plaintiff,                    )
                                           ) **STIPULATION AND [PROPOSED] ORDER
18      v.                                 ) FOR A HOLD ON CASE-RELATED DATES
                                           ) AND FOR AN INITIAL CASE
19 CONVERGYS CORPORATION, a Corporation,   ) MANAGEMENT CONFERENCE**
                                           )
20           Defendant.                    )
                                           )
21                                         )
                                           )
22                                         )
                                           )
23                                         )
                                           )
24                                         )
                                           )
25 _____   )

26

27

28

STIPULATION AND [PROPOSED] ORDER FOR A HOLD ON CASE-RELATED DATES AND FOR AN INTIAL
CASE MANAGEMENT CONFERENCE - CV11-0333 RS

1  WHEREAS a Case Management Conference is scheduled for August 11, 2011 at 10:00 a.m., which requires the submission of a joint Case Management Conference Statement by August 4, 2011;

2  WHEREAS Plaintiff Jon J. Cordova ("Plaintiff") filed his Second Amended Complaint on July 20, 2011, and pursuant to the Court's July 18, 2011 order, Defendant Convergys Corporation ("Defendant") currently has until August 10, 2011 to file its responsive pleading;

3  WHEREAS the parties have continued to engage in settlement discussions, and recently agreed to engage in a formal private mediation before retired Alameda Superior Court Judge Richard Hodge, most likely in September 2011;

4  WHEREAS, the parties are hopeful that this mediation will lead to resolution of this matter prior to or at mediation;

5  THEREFORE, IT IS HEREBY STIPULATED AND AGREED by the Plaintiff and Defendant, by and through their respective counsel, that they jointly request that the Court impose a 75-day hold on this case, during which the parties will not be required to file with the Court or serve on each other any case-related documents which would otherwise be required without this hold, including but not limited to a responsive pleading to the Second Amended Complaint, Initial Disclosures, or any other pleadings. The 75-day hold will run from August 4, 2011 through October 18, 2011.

6  In the event that this matter is not resolved through mediation, the Court shall schedule an Initial Case Management Conference on October 20, 2011, at 10:00 a.m., or another date convenient with the Court's calendar. The parties shall submit a joint Case Management Statement one week prior to the Case Management Conference and the parties' Rule 26(f) conference shall be conducted on or prior to that date. Assuming the case has not settled and a Request for Dismissal is not submitted to the Court, the Defendant shall file his responsive pleading to Plaintiff's Second Amended Complaint within 21 days of the final session of the unsuccessful mediation.

///
///
///
///
///

STIPULATION AND [PROPOSED] ORDER FOR A HOLD ON CASE-RELATED DATES AND FOR AN INTIAL CASE MANAGEMENT CONFERENCE - CV11-0333 RS

IT IS SO STIPULATED.

Dated: August 4, 2011                          GUY KORNBLUM & ASSOCIATES


                                               By _____/s/   Guy Kornblum_____
                                                  Guy Kornblum
                                                  Counsel for Plaintiff Jon J. Cordova


Dated: August 4, 2011                          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                               By _____/s/   Thomas McInerney_____
                                                  Thomas McInerney
                                                  Counsel for Defendant Convergys Corporation

## [~~PROPOSED~~] ORDER

Based on the request and stipulation of the parties, and for good cause showing, the Court hereby orders a 75-day day hold on litigation, as outlined in the parties' stipulation, while the parties pursue mediation.  In the event the case is not resolved through mediation, the Court further orders that a Case Management Conference will be held on ___October 20,_____, 2011, at 10:00 a.m.  The parties shall submit a joint Case Management Statement one week prior to the Case Management Conference and the parties' Rule 26(f) conference shall be conducted on or prior to that date.  The Defendant shall file his responsive pleading to Plaintiff's Second Amended Complaint within 21 days of the final session of the unsuccessful mediation.

Dated: __8/5/11_____          _____
                                        The Honorable Richard Seeborg
                                        U.S. District Court for the Northern District of California

STIPULATION AND [~~PROPOSED~~] ORDER FOR A HOLD ON CASE-RELATED DATES AND FOR AN INTIAL CASE MANAGEMENT CONFERENCE - CV11-0333 RS