**United States District Court**
For the Northern District of California

*E-Filed 10/14/11*

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JON J. CORDOVA,                                        No. C 11-00333 RS

            Plaintiffs,                             **STANDBY ORDER OF DISMISSAL**

v.

CONVERGYS, INC.,

            Defendants.
_____/

The Court has been informed that the above-entitled action has settled. Accordingly, the Court vacates all pretrial and trial dates. The parties are required to file a stipulation of dismissal by **December 12, 2011**. If a stipulation of dismissal is not filed by that date, the parties are ordered to appear on **December 15, 2011 at 1:30 p.m. in Courtroom 3, 17th Floor of the San Francisco Courthouse** and show cause why the case should not be dismissed. Failure to comply with this order may result in dismissal of the case.

IT IS SO ORDERED.

Dated: 10/14/11

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE