GUY O. KORNBLUM [SBN 39974]
GUY KORNBLUM & ASSOCIATES
1388 Sutter Street, Suite 820
San Francisco, California 94109
Telephone: (415) 440-7800
Facsimile: (415) 440-7898
gkornblum@kornblumlaw.com

PHILLIP A. JARET, ESQ. [SBN 092212]
ROBERT S. JARET, ESQ. [SBN 124876]
JARET & JARET
1016 Lincoln Avenue
San Rafael, California 94901
Telephone: (415) 455-1010
Facsimile: (415) 455-1050
jaretlaw@comcast.net

Attorneys for Plaintiff
JON J. CORDOVA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JON J. CORDOVA, an individual, | Case No. CV11-0333 RS |
| Plaintiff, | |
| v. | **STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL** |
| CONVERGYS CORPORATION, a Corporation, | |
| Defendant. | |

///

///

///

STIPULATION AND [~~PROPOSED~~] ORDER FOR DISMISSAL - CV11-0333 RS

**STIPULATION**

This matter having settled, the parties hereby stipulate to dismiss with prejudice this action as to all parties and as to all causes of action.  The parties also hereby stipulate that the parties shall bear their own attorneys' fees and their own costs.

IT IS SO STIPULATED.

Dated: October 21, 2011          GUY KORNBLUM & ASSOCIATES

                                 By  /s/  Guy Kornblum
                                     Guy Kornblum
                                     Counsel for Plaintiff Jon J. Cordova

Dated: October 24, 2011          OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

                                 By  /s/  Thomas McInerney
                                     Thomas McInerney
                                     Counsel for Defendant Convergys Corporation

**[PROPOSED] ORDER**

IN LIGHT OF THE FOREGOING AND GOOD CAUSE APPEARING, it is hereby ordered that the instant action is dismissed with prejudice as to all parties and as to all causes of action.  It is further ordered that the parties shall bear their own attorneys' fees and their own costs.

Dated:  10/25/11                 _____
                                 The Honorable Richard Seeborg
                                 U.S. District Court for the Northern District of California

STIPULATION AND [PROPOSED] ORDER FOR DISMISSAL - CV11-0333 RS